**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** USNPS

**City**   Boston

**County**   Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Elizabeth Doherty     Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name

Address    (City & State)   Woburn, Massachusetts   ⊞

Birth date (Yr only): 1988   SSN (last4#): 1563   Sex F    Race: Caucasian    Nationality: US

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin     Bar Number if applicable _____

**Interpreter:**   ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date**   January 1, 2013

☑ Already in Federal Custody as of   January 1, 2013   in   Brookline Police Dept.
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☑ Petty   1    ☐ Misdemeanor _____ ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: January 2, 2013     Signature of AUSA: _Daniel G. Tobin_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Elizabeth Doherty _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 36 CFR 2.34 | Disorderly Conduct | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011